# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEPHEN WARD**                                                                                                    **PLAINTIFF**

v.                               **Case No. 3:22-CV-00250-LPR**

**HAROLD COPENHAVER, et al.**                                                             **DEFENDANTS**

## ORDER

It is Plaintiff's responsibility to provide valid service information for Defendant Kaur.[1]  The Court will give Plaintiff thirty (30) days to do so.  If Plaintiff does not provide a valid service address for Defendant Kaur, and Defendant Kaur is not otherwise served in the time allowed, the Court will dismiss Plaintiff's claims against Defendant Kaur without prejudice.[2]

IT IS SO ORDERED this 26th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

[2] *See* Fed. R. Civ. P. 4(m).