IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEPHEN WARD**                                                                                           **PLAINTIFF**

v.                                    Case No. 3:22-cv-00250-LPR

**HAROLD COPENHAVER,** *et al.*                                                            **DEFENDANTS**

### ORDER

The Court ORDERS that, within 30 days of being provided this Order by Mr. Ward, Facebook/Meta/Messenger and Google shall provide Mr. Ward with the following limited information related to Mr. Ward's attempt to discover the identity of, and addresses associated with, a putative defendant in Ward v. Copenhaver, *et al.* Case No. 3:22-cv-00250-LPR (E.D. Ark.):

1. To the extent Facebook/Meta/Messenger has such information, the name, phone numbers, and addresses associated with Simrit Kaur 796. (https://www.facebook.com/simrit.kaur.796).

2. To the extent Google has such information, the name, phone numbers, and addresses associated with the email account, ksimrit8@gmail.com.

If Facebook/Meta/Messenger or Google has no responsive information, it must file a notice to that effect with the Court within 30 days of being provided this Order by Mr. Ward. If Facebook/Meta/Messenger or Google has responsive information but believes it should not have to turn that information over to Mr. Ward, it must file a motion for reconsideration of this Order within 14 days of being provided this Order by Mr. Ward.[1]

---

1 This Order addresses Docs. 24 and 48.

IT IS SO ORDERED this 9th day of May 2024.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE