IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEPHEN WARD**                                                                      **PLAINTIFF**

v.                 Case No. 3:22-CV-00250-LPR-BBM

**HAROLD COPENHAVER, et al.**                                      **DEFENDANTS**

### ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 68). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Motion to Dismiss Defendant Morris (Doc. 66) and the Joint Motion to Dismiss Defendant Randall (Doc. 67) are construed as self-executing notices of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (a)(1)(B).[1] The Clerk of Court is directed to administratively terminate Defendants Morris and Randall from this case. The Clerk of Court is also directed to file pages 4–7 of the Joint Motion to Dismiss (Doc. 67) as a Sealed Exhibit to the Joint Motion. Defendant Randall's Motion to Dismiss (Doc. 34) and Plaintiff's Motion to Strike Defendant Randall's Motion to Dismiss (Doc. 44) are DENIED as moot.

IT IS SO ORDERED this 24th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has some concerns that, given the settlement agreement, Ms. Randall's dismissal should be with prejudice as opposed to without prejudice. But Ms. Randall did not object to the PRD, and so the Court adopts the without-prejudice recommendation despite the Court's misgivings.