IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEPHEN WARD**     **PLAINTIFF**

v.     Case No. 3:22-CV-00250-LPR-BBM

**HAROLD COPENHAVER, et al.**     **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 104). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant Trevathan's Motions to Dismiss (Docs. 31 and 73) are DENIED without prejudice. Defendant Turner's Motion to Dismiss (Doc. 96) is DENIED without prejudice.

IT IS SO ORDERED this 20th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This includes footnote 6 of the PRD, which the Court agrees constitutes an independent basis for denying Defendant Turner's Motion to Dismiss.