IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 19 2025

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**STEPHEN WARD**
Plaintiff

v.

Case No. 3:22-CV-00250-LPR

**HAROLD COPPENHAVER, et al.**
Defendants

## MOTION FOR DEFAULT JUDGMENT AND SANCTIONS AGAINST DEFENDANT WANDA TURNER

Comes now the Plaintiff, Stephen Ward, and moves this Court for entry of default judgment and sanctions against Defendant Wanda Turner pursuant to Rule 55(b) and Rule 37 of the Federal Rules of Civil Procedure. In support, Plaintiff states as follows:

1. The Clerk of Court has already entered default against Defendant Wanda Turner under Rule 55(a) due to her failure to plead or otherwise defend.

2. Defendant Turner was properly served and has had ample time to respond. She has failed to answer the Complaint, failed to respond to discovery requests, and has not participated in this litigation in any meaningful way.

3. Plaintiff served a Request for Production of Documents on Turner. She has not produced a single document. She has not submitted any objections, motions for extension, or communications justifying her failure.

4. Her refusal to respond to discovery, coupled with indications of spoliation and coordination with others to destroy evidence, merits sanctions under Rule 37. Turner is in direct violation of her legal duty to preserve evidence and respond in good faith.

5. Plaintiff requests the Court impose sanctions, including an adverse inference instruction, monetary penalties, and any other relief the Court deems just.

6. Plaintiff demands that Turner be ordered to disclose all financial information including but not limited to assets, income, real property, trusts, stocks, retirement accounts, cryptocurrency, bank holdings, and investment interests.

7. Plaintiff states that Wannda Turner is not in active military service as indicated in the affidavit

8. Plaintiff respectfully demands a jury trial on damages and any other contested issues of fact related to this Defendant, pursuant to the Seventh Amendment and preserved under Rule 38.

WHEREFORE, Plaintiff respectfully requests that this Court enter final default judgment against Defendant Wanda Turner on all counts, impose sanctions as outlined above, compel full financial disclosures including names of banks /acct numbers.,All allegations by me deemed as admitted. An ORDER requiring full completion of all discovery including request for documents, interrogatories, admissions. An adverse inference against all Defendants as the spoliated evidence would have pertained to everyone and has hindered the Plaintiff's ability to have a fully disclosed and meaningful trial. And all other relief the court find

STEPHEN WARD

128 BARNETT

SIKESTON MO 63801